# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: MJ-19-00067          DATE: September 18, 2019

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Recorder: Francine A. Diaz |
| Courtroom Deputy: Francine A. Diaz | Hearing Times: 8:11-8:33 |

**APPEARANCES:**

Defendant: Victor A. Abisia      Attorney: Jeffrey Moots
☑ Present ☑ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☐ FPD ☑ CJA

U.S. Attorney: Laura C. Sambataro      U.S. Agent:
U.S. Probation: Janet Yamashita
Interpreter:      Language:

**PROCEEDINGS: Initial Appearance on a Complaint**
- Financial Affidavit reviewed and accepted: Jeffrey Moots appointed to represent the defendant nunc pro tunc to September 17, 2019.
- Defendant advised of his rights.
- Continued bail hearing set for: September 23, 2019 at 9:15 a.m.

NOTES: Preliminary Hearing Set for October 2, 2019 at 2:30 p.m. Court to issue separate order.